**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00275 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JOEL LANCE ROY | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

The petitioner's motion, brought pursuant to 28 U.S.C. § 2255, to vacate, set aside, or correct his sentence [Record Document 63], was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record and consideration of the objections filed by the petitioner, this Court concludes that the Magistrate Judge's report and recommendation [Record Document 71] is correct and adopts the findings and conclusions therein as its own.

The Court takes note of the petitioner's clarification that his fifth ground for relief was not based solely on a challenge to the application of the Sentencing Guidelines. Instead, the petitioner alleges that his original defense counsel was ineffective by having inadequate knowledge of the relevant Sentencing Guidelines, which the petitioner claims prejudiced him at the sentencing hearing. [Record Document 74, pp.5-6]. However, because the Sentencing Guidelines and enhancements were properly applied against the petitioner during the sentencing hearing, the Court finds that any claim of deficient performance that was prejudicial by the petitioner's original counsel lacks merit.

Accordingly, the petitioner's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 [Record Document 63] is hereby **DENIED** and **DISMISSED** with prejudice.

Signed in Shreveport, Louisiana, this 9th day of October, 2014.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE